# Third District Court of Appeal

## State of Florida

Opinion filed January 6, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1705
Lower Tribunal No. 06-34716A
_____

**Rodney A. Solomon,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ellen Sue Venzer, Judge.

Rodney A. Solomon, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, LINDSEY, and HENDON, JJ.

PER CURIAM.

Affirmed.